UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    *Plaintiffs,*

v.

**MAJOR LEAGUE BASEBALL**, **MAJOR LEAGUE BASEBALL ENTERPRISES, INC. MAJOR LEAGUE BASEBALL PROPERTIES, INC. MAJOR LEAGUE BASEBALL PROMOTION CORPORATION** and **MLB PLAYERS, INC.**

    *Defendant.*
_____/

CASE NO. 1:23-cv-24479-KMM

### NOTICE OF FILING REQUEST FOR ISSUANCE OF SUMMONS

Plaintiffs hereby give notice of filing request for issuance of summons to Defendant Major League Baseball Properties, Inc.

Dated: November 27, 2023

Respectfully Submitted,

**By:** */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
Barbara C. Lewis
Florida Bar No. 118114
John E. Rodstrom III
Florida Bar No. 1003112
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Miami, FL 33133
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com
barbara@moskowitz-law.com
john@moskowitz-law.com
service@moskowitz-law.com

*Co-Counsel for Plaintiffs and the Class*

**By:** */s/ Jose M. Ferrer*
José M. Ferrer
Florida Bar No. 173746
Desiree Fernandez
Florida Bar No. 119518
**MARK MIGDAL & HAYDEN, LLC**
Brickell City Tower
80 SW 8th Street, Suite 1999
Miami, FL 33130
jose@markmigdal.com
desiree@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*