AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> MAJOR LEAGUE BASE ALL, MAJOR LEAGUE BASEBALL ENTERPRISES, INC. MAJOR LEAGUE BASEBALL PROPERTIES, INC. MAJOR LEAGUE BASEBALL PROMOTION CORPORATION and MLB PLAYERS, INC. <br> *Defendant(s)* | Civil Action No. 1:23-cv-24479-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MAJOR LEAGUE BASEBALL PROPERTIES, INC.
Registered Agent:
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY, 12207-2543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Telephone: (305) 740-1423
Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:  11/28/2023

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts